UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BEVERLY A. MOORE,**

    Plaintiff,

v.                                  Case No. 06-CV-13646-DT

**LISETTE EGAN, BRIAN OBERLY,**        HONORABLE DENISE PAGE HOOD
**PATTY SCHOECK, YVONNE BROWNLEE,**
**ALICIA HORVATH and SISTERS OF BON**
**SECOURS NURSING CARE,**

    Defendants.
_____/

## JUDGMENT

This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

Judgment is entered in favor of Defendants and against Plaintiff.

                                            DAVID J. WEAVER
                                            CLERK OF COURT

Approved:                                  By: <u>s/ Wm. F. LEWIS</u>
                                                       Deputy Clerk

<u>/s/ DENISE PAGE HOOD</u>
DENISE PAGE HOOD
United States District Judge

DATED: September 15, 2006
Detroit, Michigan